HELEN WEISFELD, Respondent, v. CITY OF NEW YORK, Appellant.— In an action to recover damages for personal injuries allegedly sustained as a result of a fall on a sidewalk covered with ice and snow, defendant appeals by permission of this court from an order of the Appellate Term, Second Department, which affirms a judgment of the Municipal Court of the City of New York, Borough of Brooklyn, First District, entered on a verdict of a jury in favor of plaintiff. The accident occurred on December 25, 1948, barely five days after the termination of a snowstorm during which 16.7 inches of snow fell. Order and judgment reversed on the law and the facts and complaint dismissed, with costs in all courts. In our opinion, plaintiff failed to establish any actionable negligence on the part of the defendant. (Cf. *Kirsch* v. *City of New York*, 256 App. Div. 903, affd. 289 N. Y. 684, and *Leone* v. *City of New York*, 263 App. Div. 888.) Nolan, P. J., Carswell, MacCrate, Schmidt and Beldock, JJ., concur.

## (June 24, 1953.)

■

In the Matter of the Application of JOHN H. COLGREN for Admission to Practice as an Attorney. (From the District of Columbia.) — Application granted. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

■

In the Matter of the Application of GEORGE W. PRICE for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

## (June 25, 1953.)

■

FRANK C. LA BUE, Respondent, v. TILO ROOFING COMPANY, INC., Appellant. — Motion for stay of judgment pending application in this court or in the Court of Appeals for leave to appeal granted on condition (1) that, within five days after entry of the order hereon, appellant make application in this court for leave to appeal to the Court of Appeals, and (2) that the application in the Court of Appeals be made within the time prescribed by subdivision 3 of section 592 of the Civil Practice Act; otherwise, motion for stay denied, with $10 costs. Motion for temporary stay of execution dismissed, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 710; *post*, p. 762.]